UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ISAAC KIRT                                            CIVIL ACTION

VERSUS                                                NO. 05-2118

CITY OF NEW ORLEANS, ET AL                            SECTION "S"(4)

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Isaac Kirt's Title 42 U.S.C. § 1983 claims against the defendants, the City of New Orleans, Criminal District Court Judge Julian Parker, former Acting Orleans Parish Criminal Sheriff William Hunter, Orleans Parish Criminal Sheriff Marlon Gusman, and Louisiana Attorney General Charles C. Foti, Jr., be **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which can be granted under Title 28 U.S.C. § 1915(e) and § 1915A and Title 42 U.S.C. § 1997e.

New Orleans, Louisiana, this _28_ day of _April_____, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____